UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JANAE A. RODRIGUEZ,**

    **Plaintiff,**

**v.**       Case No: 8:23-cv-1184-MSS-AEP

**ASSOCIATED CREDIT SERVICES, INC.,**

    **Defendant.**

### ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of Plaintiff's Notice of Voluntary Dismissal with Prejudice, (Dkt. 9), and pursuant to Fed. R. Civ. P. 41, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE.** Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** in Tampa, Florida this 25th day of July 2023.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party